# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| MATTHEW MICHANOWICZ | ) | Magistrate No. 20-1209 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 31, 2020 in the county of Allegheny in the Western District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of an Unregistered Firearm, that is: a destructive device, as defined by 26 U.S.C. § 5845(a)(8), which was not Registered to the Defendant in the National Firearms Registration and Transfer Record, as Required by 26 U.S.C. § 5841 |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

s/ Kevin Kauffman
*Complainant's signature*

Kevin Kauffman, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/05/2020

*Judge's signature*

City and state: Pittsburgh, Pennsylvania    MAUREEN P. KELLY, U.S. Magistrate Judge
*Printed name and title*